Chad Kister

vs.

Athens County Sheriffs
and Southeast Ohio Regional Jail
Jane & John Does

FILED
RICHARD W. NAGEL
CLERK OF COURT
2021 NOV 19 PM 2:43
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Case no. 2:21 CV 5428

Judge Morrison
MAGISTRATE JUDGE VASCURA

# Lawsuit for Unsecuring my House

On November 8, 2021, sheriffs illegally kicked in my door, pointed guns at me, and forcibly removed me, without even letting take my wallet, backpack or locking and securing my doors.

I have handwritten writings for scores of books, films & video games, hundreds of thousands of photos, hundreds of terabyte drives & also computers & passwords.

All my lifes work could easily be destroyed by one sadistic person in minutes. That is why I have a locked gate, a pitfall system I walk over, 4 alarm systems & 3 more locked doors before getting to my office.

The sheriffs will not talk to me, or pick up the phone when I call. I do not have my keys, so I know it is not secure.

The jail's phone card does not allow me to get through to any system except a direct answer, keeping me from calling contractors, media or most places.

I am in psychological terrorism worrying about my precious possessions, which no money can replace.

The jail does not provide filtered water, organic food or adequate clothing or bedding for warmth.

I demand that my house be secure and damages in excess of $25,000. I also cannot get medical marijuana for my glaucoma.

There is no cold water. Hot water is toxic to drink. The food is in-edible. The guards are rude & threatening

The guards will not make a copy of my lawsuit, which is a felony obstruction of justice. I have asked thousands of times to secure my house.

Signed,

Chad Kister

Chad Kister
16677 Riverside Dr.
Nelsonville OH 45764

Certificate of Service

A copy was sent by mail to

Athens County Sheriff
13 W. Washington St.
Athens OH 45701

Signed, Chad Kister
Chad Kister

A copy was hand delivered to The Southeast Ohio Regional Jail
16677 Riverside Dr.
Nelsonville OH 45764